# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **MARTHA QUINONES,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 7:23-cv-894-ACA-HNJ |
| | ) |
| **WARDEN KIMBERLY NEELY,** | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

Petitioner Martha Quinones filed a petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241. (Doc. 1). She argues that her earned First Step Act credits are not being applied to her sentence, and that if they were, she should be entitled to release from the Federal Bureau of Prisons' custody. (Doc. 2 at 3). She also seeks money damages for her alleged detainment after the date she believes she should have been released. (*Id.*).

The magistrate judge entered a report (doc. 10) on February 14, 2024, recommending that the court dismiss with prejudice petitioner Martha Quinones's petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2241 (doc. 1) as

meritless. The time to file objections has passed and Ms. Quinones has not filed objections.[1]

While her motion was pending, the sentencing court granted her motion for a reduction in sentence and reduced her sentence to time served as of February 1, 2024. *United States v. Quinones*, 2:15-cr-00200-CJB-MBN (E.D. La. Feb. 1, 2024) (Doc. 436); *see also id.* (doc. 216). Therefore, the court **WILL DENY** her petition as **MOOT** and **WILL DISMISS** the petition **WITHOUT PREJUDICE** to the extent it seeks a reduction in sentence and release from the Bureau of Prisons' custody.

Regarding Ms. Quinones claim for money damages, the court **ADOPTS** the report and **ACCEPTS** the recommendation to the extent it denies her request for money damages because monetary relief is not within the scope of habeas relief. (*See* doc. 10 at 1 n.2). Accordingly, the court **WILL DENY** that claim **WITH PREJUDICE**.

The court **DIRECTS** the Clerk of Court to serve a copy of this order on Ms. Quinones at her address on file as well as the South Louisiana ICE Processing Center address identified in the report and recommendation. (*See* doc. 10 at 8).

A final judgment will be entered.

---

[1] The Clerk of Court mailed Ms. Quinones the report and recommendation to her address on file as well as at the South Louisiana ICE Processing Center. (*See* doc. 10 at 8). On March 8, 2024, the United States Postal Service returned the report sent to Ms. Quinones's address on file as undeliverable with the notation "Refused." (Doc. 11 at 1–2). To date, the postal service has not returned the report sent to Ms. Quinones at the South Louisiana ICE Processing Center.

**DONE** and **ORDERED** this March 22, 2024.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE